## Commonwealth *v.* Riddick, Appellant.

Submitted June 9, 1975. *W. Hamlin Neely,* for appellant; *Stuart T. Shmookler* and *Howard R. Miller,* Assistant District Attorneys, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.